```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE: ELECTRONIC BOOKS ANTITRUST         :    11 MD 2293 (DLC)
LITIGATION                                :
                                          :    Related to all
------------------------------------------X    matters
                                          :
THE STATE OF TEXAS, et al.,               :    ORDER
                                          :
                      Plaintiffs,         :
           -v-                            :
                                          :    12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,         :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

By letter dated April 25, 2013, plaintiffs in the above-captioned actions inform the Court that they have executed a settlement agreement as to defendants Holtzbrinck Publishers, LLC d/b/a/ Macmillan and Verlagsgruppe Georg Von Holtzbrinck GMBH (collectively, "Macmillan"). It is hereby

ORDERED that plaintiffs shall file any motion for preliminary approval of a settlement as to Macmillan by **May 24, 2013**.

SO ORDERED:

Dated:    New York, New York
          April 26, 2013

                                    _____
                                              DENISE COTE
                                    United States District Judge