**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**This Document Relates to:**

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | ) ) ) |
| | ) |
| THE STATE OF TEXAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PENGUIN GROUP (USA) INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

No. 11-md-02293 (DLC)
ECF Case
CLASS ACTION

Civil Action
No.12-cv-03394

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF MACMILLAN AND PENGUIN SETTLEMENTS AND PROPOSED NOTICE AND DISTRIBUTION PLANS

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of

Law in Support of Plaintiffs' Motion for Preliminary Approval of Macmillan and Penguin

Settlements and Proposed Consumer Notice and Distribution Plans, and all papers and pleadings

submitted therewith, Plaintiffs will move this Court before the Honorable Denise Cote, at the

United States courthouse located at 500 Pearl Street, New York, New York 10007, for an order:

1) Granting Plaintiffs' motion for preliminary approval of Plaintiffs' settlement agreement with Holtzbrinck Publishers, LLC, d/b/a Macmillan ("Macmillan");

2) Granting Plaintiffs' motion for preliminary approval of Plaintiffs' settlement agreement with Penguin Group (USA), Inc. ("Penguin");

3) Approving Plaintiffs' plan to provide notice of the settlements to consumers in accordance with due process and 15 U.S.C. §15c; and

4) Granting preliminary approval of the Consumer Distribution Plan.

Plaintiff States (by and through Liaison Counsel for Plaintiff States) and Settlement Class

(by and through co- lead counsel Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers

& Toll PLLC) seek these orders pursuant to the Clayton Act, 15 U.S.C. § 15 (authorizing persons

to bring a civil antitrust action for damages) and 15 U.S.C. § 15c (authorizing State Attorneys

General to bring a civil antitrust action for damages, as *parens patriae* on behalf of natural

persons residing in such States, and requiring court approval of compromise of such claims) and

15 U.S.C. § 26 (authorizing persons to bring a civil antitrust action for injunctive relief).

Dated: June 21, 2013.                          Respectfully submitted,

                                               STATE OF TEXAS
                                               GREG ABBOTT, ATTORNEY GENERAL

                                               DANIEL HODGE
                                               First Assistant Attorney General
                                               JOHN B. SCOTT
                                               KIM VAN WINKLE
                                               Section Chief, Antitrust Section

                                               REBECCA FISHER
                                               Senior Assistant Attorney General
                                               P.O. Box 12548
                                               Austin, Texas 78711-2548
                                               Phone (512) 463-1265
                                               Rebecca.Fisher@texasattorneygeneral.gov
                                               ATTORNEYS FOR THE STATE OF TEXAS
                                               LIAISON COUNSEL FOR PLAINTIFF STATES

                                               STATE OF CONNECTICUT
                                               GEORGE JEPSEN, ATTORNEY GENERAL

                                               MICHAEL E. COLE
                                               Chief, Antitrust Department
                                               W. Joseph Nielsen
                                               Gary M. Becker
                                               Assistant Attorneys General
                                               55 Elm Street
                                               Hartford, CT 06106
                                               Michael.Cole@ct.gov
                                               Joseph.Nielsen@ct.gov
                                               Gary.Becker@ct.gov
                                               ATTORNEYS FOR THE STATE OF CONNECTICUT
                                               LIAISON COUNSEL FOR PLAINTIFF STATES

STATE OF OHIO
R. MICHAEL DEWINE, ATTORNEY GENERAL

DOREEN JOHNSON
Assistant Chief, Antitrust Section
Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov
Edward.Olszewski@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**


HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
SHANA E. SCARLETT

JEFF D. FRIEDMAN
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
jefff@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice*)
Jeffrey Dubner (4974341)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
KPierson@cohenmilstein.com
jdubner@cohenmilstein.com

**ATTORNEYS FOR SETTLEMENT CLASS**

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

REBECCA FISHER